UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x
UNITED STATES FIDELITY AND GUARANTY
COMPANY,  Case No.: 14 Civ. 2855(GBD) (KNF)

                Plaintiff,  **NOTICE OF MOTION**

- against -

ROBERT A. PERRO AND HOWARD S. KRANT,

                Defendants.
——————————————————————— x

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Michael H. Friedman, Esq., dated June 24, 2014, the exhibits attached thereto, the accompanying Memorandum of Law, and the pleadings herein, Howard S. Krant, a Defendant herein, will move this Court, before the Hon. George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, on July 22, 2014, for an order granting Defendant Krant's motion to dismiss Plaintiff's claims for contractual indemnification for liability and/or loss, common law indemnification, specific performance of Plaintiff's demand for collateral security, exoneration and quia timet, as set forth in Claims I through V of the Complaint, pursuant to Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers must be filed in

accordance with Local Civil Rule 6.1.

Dated: White Plains, New York
June 24, 2014

                        KURZMAN EISENBERG CORBIN
                        & LEVER, LLP

                        By: _____
                             Michael H. Friedman
                        One North Broadway, Suite 1004
                        White Plains, NY 10601
                        Tel No.: (914) 285-9800
                        Fax No.: 914-285-9855
                        Mfriedman @kelaw.com
                        *Attorneys for Defendant Howard S.Krant,*

TO:    Richard S. Mills, Esq.
        McElroy Deutsch Mulvaney
        & Carpenter, LLP
        88 Pine Street, 24th Floor
        New York, NY 10005
        *Attorneys for Plaintiff*

        Daniel G. Gurfein, Esq.
        Satterlee Stephens Burke & Burke LLP
        *Attorneys for Robert A. Perro*
        230 Park Avenue, Suite 1130
        New York, NY 10169-0079
        (212) 818-9200

H:\39200\0000\00245091.DOC