UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES FIDELITY AND GUARANTY
COMPANY,

                                  Plaintiff,

     -against-

ROBERT A. PERRO and HOWARD S. KRANT,

                                  Defendant.
------------------------------------------------------------X

14 CV 2855 (GBD) (KNF)

**CERTIFICATE OF SERVICE**

       I certify under penalty of perjury, pursuant to 28 U.S.C. §1746, that on June 24, 2014, I caused to be served upon the following, a true copy of the Notice of Motion, Declaration of Michael H. Friedman, the Exhibits thereto and Memorandum of Law by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to the following persons at the following address:

    Daniel G. Gurfein, Esq.
    Satterlee Stephens Burke & Burke LLP
    *Attorneys for Defendant, Robert A. Perro*
    230 Park Avenue, Suite 1130
    New York, NY 10169

Dated: White Plains, New York
       June 25, 2014

                                              Judith Zerden, Esq. (JZ-4573)
                                              KURZMAN EISENBERG
                                              CORBIN & LEVER, LLP
                                              Attorneys for Defendant
                                              Howard S. Krant
                                              One North Broadway
                                              White Plains, NY 10601
                                              (914) 285-9800
                                              Jzerden@kelaw.com

H:\39200\0000\00253717.DOC