AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States Fidelity and Guaranty Company,<br>*Plaintiff*<br>v.<br>Robert A. Perro and Howard S. Krant,<br>*Defendant* | )<br>)<br>) Case No. 14-cv-02855-GBD<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Robert A. Perro                                                                 .

Date:    06/27/2014                                    /s/ Daniel G. Gurfein
                                                       *Attorney's signature*

                                                       Daniel G. Gurfein
                                                       *Printed name and bar number*

                                                       Satterlee Stephens Burke & Burke LLP
                                                       230 Park Avenue, Suite 1130
                                                       New York, NY 10169
                                                       *Address*

                                                       dgurfein@ssbb.com
                                                       *E-mail address*

                                                       (212) 818-9200
                                                       *Telephone number*

                                                       (212) 818-9606
                                                       *FAX number*