AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States Fidelity and Guaranty Company, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-cv-02855-GBD |
| Robert A. Perro and Howard S. Krant, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Robert A. Perro   .

Date:   06/27/2014

/s/ Charles J. Keeley
*Attorney's signature*

Charles J. Keeley
*Printed name and bar number*

Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

*Address*

ckeeley@ssbb.com
*E-mail address*

(212) 818-9200
*Telephone number*

(212) 818-9606
*FAX number*