UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. PERRO and HOWARD S. KRANT,<br><br>Defendants. | Civil Action No.:14-cv-2855 (GBD)<br><br>CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2014

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No **Additional parties** may be joined after **August 5, 2014.**

2. No amendment to the pleadings will be permitted after **August 5, 2014.**

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **October 7, 2014.** The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive motions** are to be served by **November 4, 2014.** Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A final **pretrial conference** will be held on **November 12, 2014 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **December 2, 2014.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** within 48 hours, notice on or after **January, 2015**. The estimated trial time is two (2) days, and this is a jury trial.

9. The **next Case Management Conference** will be held on **September 2, 2014 at 9:30 a.m.**

SO ORDERED:

_____
George B. Daniels
United States District Judge

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Plaintiff,*
*United States Fidelity and Guaranty Company*

_____
Greg Trif
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005

Satterlee Stephens Burke & Burke, LLP
*Attorneys for Defendant,*
*Robert A. Perro*

_____
Daniel G. Gurfein, Esq.
230 Park Avenue
Suite 1130
New York, New York 1016

Kurzman Eisenberg Corbin & Lever, LLP
*Attorneys for Defendant,*
*Howard S. Krant*

_____
Michael H. Friedman, Esq.
One North Broadway
White Plains, New York 10601

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be **ready for trial** within 48 hours, notice on or after **January, 2015.** The estimated trial time is two (2) days, and this is a jury trial.

9. The **next Case Management Conference** will be held on **September 2, 2014 at 9:30 a.m.**

JUN 27 2014

SO ORDERED:

*George B. Daniels*
George B. Daniels
United States District Judge

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Plaintiff,*
*United States Fidelity and Guaranty Company*

Greg Trif
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005

Satterlee Stephens Burke & Burke, LLP
*Attorneys for Defendant,*
*Robert A. Perro*

Daniel G. Gurfein, Esq.
230 Park Avenue
Suite 1130
New York, New York 1016

Kurzman Eisenberg Corbin & Lever, LLP
*Attorneys for Defendant,*
*Howard S. Krant*

Michael H. Friedman, Esq.
One North Broadway
White Plains, New York 10601