UNITED STATES OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES FIDELITY AND :
GUARANTY COMPANY, :
:
                        Plaintiff, :    No. 14 Civ. 2855 (GBD)(KNF)
:
    -against- :
:
ROBERT A. PERRO and HOWARD S. KRANT, :    <u>**NOTICE OF MOTION**</u>
:
                        Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE**, that upon the annexed declaration of Charles J. Keeley, dated June 30, 2014, the exhibits attached thereto, the accompanying Memorandum of Law, and the pleadings herein, Defendant Robert A. Perro will move this Court, before the Hon. George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, on July 28, 2014, or on such other date when the motion can be heard, for an order granting Defendant Perro's motion to dismiss the Complaint, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposition papers must be filed in

accordance with Local Civil Rule 6.1.


Dated:  New York, New York
        June 30, 2014

                        SATTERLEE STEPHENS BURKE & BURKE LLP

                        */s/ Daniel G. Gurfein*
                        Daniel G. Gurfein
                        Charles J. Keeley
                        230 Park Avenue, 11th Floor
                        New York, NY 10169
                        (212) 828-9200

                        *Counsel for Plaintiff Robert A. Perro*


TO:    Richard S. Mills, Esq.
        McElroy Deutsch Mulvaney
        & Carpenter, LLP
        88 Pine Street, 24th Floor
        New York, NY 10169
        *Counsel for Plaintiff*

        Michael H. Friedman
        One North Broadway, Suite 1004
        White Plains, NY 10601
        *Counsel for Defendant Howard S. Krant*