# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

WALL STREET PLAZA
88 PINE STREET
24TH FLOOR
NEW YORK, NEW YORK 10005
(212) 483-9490
FACSIMILE (212) 483-9129

Greg Trif
gtrif@mdmc-law.com

July 3, 2014

**Via ECF Filing and Facsímile: 212.805.6737**

Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States Fidelity and Guaranty Company v. Robert A. Perro and Howard S. Krant
             Civil Action No.: 14-cv-2855

Dear Judge Daniels:

    We represent the Plaintiff, United States Fidelity and Guaranty Company, in connection with the referenced matter. In accordance with Your Honor's directive, we respectfully submit this letter, with the consent of all parties, to notify Your Honor of the briefing schedule agreed to by the parties in connection with the pending motions to dismiss (document numbers 10 and 17).

    The pending motions are scheduled for oral argument before Your Honor on September 2, 2014. The parties have agreed that United States Fidelity and Guaranty Company shall file its opposition papers on or before July 25, 2014. Defendants, Robert A. Perro and Howard S. Krant, shall file their reply papers on or before August 20, 2014.

    Should Your Honor have any questions or wish to confer with the parties, we will make ourselves available at Your Honor's convenience.

Respectfully submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Greg Trif*
Greg Trif

cc:    Daniel G. Gurfein, Esq.
        Michael H. Friedman, Esq.